PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

*12cr623 (JLL)*

**Name of Offender:** Darryl Petlock

**Docket Number:** 02-30014-001
**PACTS Number:** 50673

**Name of Sentencing Judicial Officer:** HONORABLE MICHAEL A. PONSOR (CASE ASSIGNED TO HONORABLE JOSE L. LINARES ON 9/13/12)
**Date of Original Sentence:** 04/02/2004

**Original Offense:** 1)Unlawful Transport of Firearms, 2) Unlawful Possession of Ammunition, 3) Distribution of Marijuana, 4) Carrying a Firearm in furtherance of a Drug Crime

**Original Sentence:** 84 months imprisonment; on Cts. 1-3, 60 months imprisonment on Ct. 4, 5 years supervised release on all counts concurrent.

**Type of Supervision:** supervised release

**Date Supervision Commenced:** 6/20/08

**Assistant U.S. Attorney:** Todd Newhouse, 1550 Main Street, Springfield, Massachusetts

**Defense Attorney:** Timothy Wathers, 408 Atlantic Avenue, Boston, Massachusetts

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' |

Petlock was arrested and charged by the Middletown, N.J. Police Department on September 10, 2012, with Count 1- First degree Murder; Count 2- Aggravated Arson, and Count 3- Possession of a knife with intent of using it against another person..

I declare under penalty of perjury that the foregoing is true and correct.

By: Nancy Hildner
Senior U.S. Probation Officer
Date: 9/17/12

THE COURT ORDERS:
[✔] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/18/12
Date