**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

SUPERVISION UNIT
20 WASHINGTON PLACE
6th FLOOR
NEWARK, NJ
(973) 645-6161
FAX: (973) 645-2155

September 21, 2012

**Mailing Address:**
50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

Honorable Jose L. Linares
United States District Court Judge
P.O. Box 0999
Martin Luther King, Jr. Courthouse and Federal Building
Newark, N.J. 07102

                RE: **Petlock, Darryl**
                **DKT# 12 CR 623**
                <u>**Request to Release Information**</u>

Dear Judge Linares,

The above captioned individual was sentenced in the District of Massachusetts by the Honorable Michael A. Ponsor on April 4, 2004, as follows: 84 months imprisonment for Ct. 1) Felon in Possession of a Firearm, 2) Felon in Possession of Ammunition, and Ct. 3) Possession with Intent to Distribute Marijuana. All three counts to run concurrently. He was also sentenced to 60 months imprisonment on Ct. 4) Carrying a Firearm in furtherance of a drug trafficking crime. That count to run consecutively to Counts 1-3. A term of 5 years supervised release was imposed on each count All counts to run concurrently. A $400 fine was imposed. The only special condition imposed was that the defendant shall use his true name, date of birth, and social security number. Petlock has been supervised in the District of New Jersey since his release from custody on June 20, 2008. Jurisdiction of this case was transferred to New Jersey on September 13, 2012.

On September 18, 2012, Your Honor signed a warrant for violation of supervised release charging the offender with committing a new crime, that being first degree murder. The Middletown, New Jersey Police Department is still investigating the above crime. Petlock has confessed to committing 4 additional murders and police are in the process of trying to confirm these crimes. They have requested information from the U.S. Probation Office concerning Petlock's past crimes and conduct. We would request that the Court allow the Probation Department to release information contained in the pre-sentence report in order to assist them in their investigation.

Should the Court have any questions, please feel free to contact the undersigned at 973-223-0768.

                Sincerely,

                Wilfredo Torres, Chief
                U.S. Probation Officer

By: Nancy Hildner *(Nancy Hildner/jg)*
Senior U.S. Probation Officer

____✓____  Agree to Release Information

_____  Do Not Release Information

_____
Honorable Jose L. Linares

__9/21/12__
Date